IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EVA ANDERSON                                                                         PLAINTIFF

V.                                           CIVIL ACTION NO. 2:15-CV-88-KS-MTP

WELLS FARGO BANK, NA, *et al.*                                   DEFENDANTS

JUDGMENT

This matter having come before the Court on Plaintiff's Motion to Amend [74] and on Defendants' [75] Motion to Dismiss and the Court found in a separate opinion that the Complaint in the above styled case should be **dismissed with prejudice**.

IT IS THEREFORE ORDERED AND ADJUDGED that the above captioned cause be and the same is hereby dismissed with prejudice pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED on this, the 4th day of August, 2016.

                                             *s/Keith Starrett*
                                             UNITED STATES DISTRICT JUDGE